UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

CASE NO. M-18-0960

| UNITED STATES OF AMERICA | : | JUDGE: MICAELA ALVAREZ |
|---|---|---|
|  | : | COURTROOM DEPUTY: [] |
| v. | : | COURT REPORTER: [] |
|  | : | COURT TRIAL: [] |
| VILLALOBOS, ET AL | : | DATE: |

EXHIBIT LIST OF THE GOVERNMENT
AUSA: PATRICIA COOK PROFIT

PAGE 1 OF 1

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1a | PHOTO |  |  |  |  |  |  |
| 1b | PHOTO |  |  |  |  |  |  |
| 1c | PHOTO |  |  |  |  |  |  |
| 1d | PHOTO |  |  |  |  |  |  |
| 1e | PHOTO |  |  |  |  |  |  |
| 1f | PHOTO |  |  |  |  |  |  |
| 1g | PHOTO |  |  |  |  |  |  |
| 1h | PHOTO |  |  |  |  |  |  |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSI-TION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1i | PHOTO | | | | | | |
| 1j | PHOTO | | | | | | |
| 1k | PHOTO | | | | | | |
| 1l | PHOTO | | | | | | |
| 1m | PHOTO | | | | | | |
| 1n | PHOTO | | | | | | |
| 1o | PHOTO | | | | | | |
| 1p | PHOTO | | | | | | |
| 1q | PHOTO | | | | | | |
| 1r | PHOTO | | | | | | |
| 1s | PHOTO | | | | | | |
| 1t | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1u | PHOTO | | | | | | |
| 1v | PHOTO | | | | | | |
| 1w | PHOTO | | | | | | |
| 1x | PHOTO | | | | | | |
| 1y | PHOTO | | | | | | |
| 1z | PHOTO | | | | | | |
| 1aa | PHOTO | | | | | | |
| 1bb | PHOTO | | | | | | |
| 1cc | PHOTO | | | | | | |
| 1dd | PHOTO | | | | | | |
| 1ee | PHOTO | | | | | | |
| 1ff | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1gg | PHOTO | | | | | | |
| 1hh | PHOTO | | | | | | |
| 1ii | PHOTO | | | | | | |
| 1jj | PHOTO | | | | | | |
| 1kk | PHOTO | | | | | | |
| 1ll | PHOTO | | | | | | |
| 1mm | PHOTO | | | | | | |
| 1nn | PHOTO | | | | | | |
| 1oo | PHOTO | | | | | | |
| 1pp | PHOTO | | | | | | |
| 1qq | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1rr | PHOTO | | | | | | |
| 1ss | PHOTO | | | | | | |
| 1tt | PHOTO | | | | | | |
| 1uu | PHOTO | | | | | | |
| 1vv | PHOTO | | | | | | |
| 1ww | PHOTO | | | | | | |
| 1xx | PHOTO | | | | | | |
| 1yy | PHOTO | | | | | | |
| 1zz | PHOTO | | | | | | |
| 1aaa | PHOTO | | | | | | |
| 1bbb | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1ccc | PHOTO | | | | | | |
| 1ddd | PHOTO | | | | | | |
| 1eee | PHOTO | | | | | | |
| 1fff | PHOTO | | | | | | |
| 1ggg | PHOTO | | | | | | |
| 1hhh | PHOTO | | | | | | |
| 1iii | PHOTO | | | | | | |
| 1jjj | PHOTO | | | | | | |
| 1kkk | PHOTO | | | | | | |
| 1lll | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1mmm | PHOTO | | | | | | |
| 1nnn | PHOTO | | | | | | |
| 1ooo | PHOTO | | | | | | |
| 1ppp | PHOTO | | | | | | |
| 2a | LUGGAGE | | | | | | |
| 2b | RECEIPT | | | | | | |
| 2c | PHOTO | | | | | | |
| 2d | PHOTO | | | | | | |
| 2e | PHOTO | | | | | | |
| 3a | PHOTO | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 3b | PHOTO | | | | | | |
| 3c | PHOTO | | | | | | |
| 3d | PHOTO | | | | | | |
| 3e | DEA 88 (A) CONSENT | | | | | | |
| 3f | BLACK DUFFEL BAG | | | | | | |
| 4a | XBOX/HUGGIES BOXES | | | | | | |
| 4b | SSEE | | | | | | |
| 4c | SSEE | | | | | | |
| 4d | WRAPPING/PACKAGING | | | | | | |
| 4e | PHOTO CURRENCY | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 4f | PHOTO CURRENCY | | | | | | |
| 4g | PHOTO CURRENCY | | | | | | |
| 4h | PHOTO CURRENCY | | | | | | |
| 4i | PHOTO CURRENCY | | | | | | |
| 4j | PHOTO CURRENCY | | | | | | |
| 5c | CALL | | | | | | |
| 5d | TRANSCRIPTION | | | | | | |
| 5e | CALL | | | | | | |
| 5f | TRANSCRIPTION | | | | | | |

| EXHIBIT NO. | DESCRIPTION OF ITEM | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 5g | PHOTO | | | | | | |
| 5h | PHOTO | | | | | | |
| 5i | PHOTO | | | | | | |
| 5j | PHOTO | | | | | | |
| 5k | PHOTO | | | | | | |
| 5l | PHOTO | | | | | | |
| 5m | PHOTO | | | | | | |